JS 45 (01/2008)
# REDACTED
## Criminal Case Cover Sheet <span style="float:right">U.S. District Court</span>

**Place of Offense:**    Under Seal: Yes ___ No X    Judge Assigned: ___

City ___ Arlington ___ Superseding Indictment ___ Criminal Number: ___

County/Parish ___ VA ___ Same Defendant ___ New Defendant ___

Magistrate Judge Case Number 1:12MJ33 ___ Arraignment Date: ___

Search Warrant Case Number ___

R 20/R 40 from District of ___

Related Case Name and No: ___

**Defendant Information:**

Juvenile -- Yes ___ No X FBI # ___

Defendant Name: John Kiriakou ___ Alias Name(s) ___

Address: Arlington, VA ___

Employment: ___

Birth date 1964 ___ SS# ___ Sex ___ Def Race ___ Nationality ___ Place of Birth ___

Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___

Interpreter: ___ No ___ Yes List language and/or dialect: ___ Automobile Description ___

**Location Status:**

Arrest Date ___

___ Already in Federal Custody as of ___ in ___

___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody

___ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond ___

**Defense Counsel Information:**

Name: Plato Cacheris ___ ___ Court Appointed   Counsel conflicted out: ___

Address: ___   X Retained

Telephone: (703) 519-8840 ___ Public Defender   Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA Lisa Owings ___ Telephone No: 703-299-3741 ___ Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**

___

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 50 U.S.C. 421(b) | Disclosure of classified information identifying a covert agent | ___ | Felony |
| Set 2 | 18 U.S.C. 793(d) | Transmission of national defense information | ___ | Felony |
| Set 3 | 18 U.S.C. 1001(a) | False statement | ___ | Felony |

(May be continued on reverse)

Date: 1/23/2012 ___ Signature of AUSA: _L. Owings_