# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>John Kiriakou<br><br>Defendant | ) ) ) ) ) ) | Case No. 1:12MJ33 |

*Received JAN 2 3 2012, Clerk, U.S. District Court, Alexandria, Virginia; 2012 JAN 23 A 11: 28 — Eastern District of Virginia, Alexandria Division; Received United States Marshall*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* John Kiriakou,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Disclosure of classified information identifying a covert agent, in violation of 50 U.S.C. § 421(b); Transmission of national defense information, in violation of 18 U.S.C. § 793(d); Making false statements, in violation of 18 U.S.C. §1001(a); as further described in Attachment A.

Date: January 23, 2012

/s/
John F. Anderson
United States Magistrate Judge

City and state: Alexandria, Virginia

Honorable John F. Anderson
*Printed name and title*

### Return

This warrant was received on *(date)* 1/23/12, and the person was arrested on *(date)* 1/23/12
at *(city and state)* Washington DC.

Date: 1/23/12

*Arresting officer's signature*

Joseph Capitalo
*Printed name and title*