TYPE OF HEARING **R5**
CASE NO# **12-33MJ**
MAGISTRATE JUDGE: Anderson
DATE: **1-23-12**
TIME: **2:00**
Tape: FTR RECORDER
DEPUTY CLERK: N. BLACKMON

**EASTERN DISTRICT OF VIRGINIA**

**UNITED STATES OF AMERICA**

VS.

**John Kiriakou**

GOVT. ATTY **L. Owings**

DEFT'S ATTY. **P. Cacheris**

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ☒
COURT TO APPOINT COUNSEL ( )

Retained Counsel · P. Cacheris
Ph. Waived - US has no objection to bond
recommended to allow to be released

PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )
BOND on PR bond w/ Pts supervision
$250,000.00 (unsecured bond)
bond to be signed by brother & wife by 5:00 p.m 1-27-12

NEXT COURT APPEARANCE _____ TIME _____
RECORDER                              RECORDER
INDEX#        SPEAKER             INDEX #        SPEAKER



8