Date: 4/13/12     Judge: Brinkema     Reporter: Thomson
Time: 8:56 To 9:10     Interpreter: _____
    Language: _____

UNITED STATES of AMERICA     Prob/Pretrial Ofc present: _____
Vs.     Prob. Email: _____
    Jury Email: _____

John Kiriakou            1:12cr127
**Defendant's Name**           **Case Number**

Robert Trout           Lisa Owings, M. Schneider, I. Lan, R. Fayhee
**Counsel for Defendant**        **Counsel for Government**

**Matter called for:**
( ) Motions    ( ) Setting Trial Date    ( ) Change of Plea Hrg.    ( ) Rule 35
(X) Arraignment    ( ) Appeal from USMC    ( ) Sentencing    ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.    ( ) Pre-Indictment Plea    ( ) Other: _____

Defendant appeared: (X) in person    ( ) failed to Appear
                ( ) with Counsel ( ) without counsel    ( ) through counsel

**Arraignment:**
(X) WFA ( ) FA ( ) PG (X) PNG Trial by Jury: (X) Demanded ( ) Waived
60 Days to file Motions with Argument on 7/20/12 at 9:00am
Case continued to 11/26/12 at 10:00 for: (X) Jury Trial ( ) Bench Trial ( ) Sentencing ( ) Status
                                                   5-8 days

**Plea/Plea & Sentencing:**
Filed in open court:
( ) Criminal Information ( ) Plea Agreement ( ) Statement of Facts ( ) Waiver of Indictment (X) Discovery Order
Defendant entered Plea of Guilty as to Count(s) _____ ( ) Criminal Information ( ) Indictment
Court accepts plea ( ) Yes ( ) No -----Guilty as to Count(s) _____
Motion for Dismissal of Count(s) _____ ( ) by U.S. ( ) by Deft. is GRANTED.
( ) Order entered in open court ( ) Order to follow
Defendant directed to USPO for PSI: ( ) Yes ( ) No * ** Defendant directed to cooperate with USPO for PSI ( )
Case continued to _____ at _____ for: ( ) Jury Trial ( ) Bench Trial ( ) Sentencing ( ) Status
Dft committed to custody of the US Atty General to serve a term of: _____ Months; _____ Years-Supervised Release

**Rule 35:**
US' Rule 35 motion for reduction of sentence ( ) Granted ( ) Denied;
Sentence of _____ months heretofore imposed is reduced to a term of _____.

**Probation/Supervised Release Hrg:**
Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release;
Court: ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of: _____ Months; ( ) Supervised Release terminated

Speedy trial waiver f.k.c in open court
Added conditions: 1) deft must reappear on 7/20/12 f/mH, 11/26/12 f/trial
& any other scheduled hearings

Bond Set at: $ _____ ( ) Unsecured ( ) Surety ( ) Personal Recognizance
( ) Release Order Entered ( ) Deft. Remanded ( ) Deft. Released on Bond (X) Deft. Continued on Bond

Defendant is: ( ) In Custody ( ) Summons Issued (X) On Bond ( ) Warrant Issued ( ) 1st appearance

4/12