# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | 1:12-cr-00127-LMB |
| | ) | |
| **JOHN KIRIAKOU,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM OF UNDERSTANDING

1. Having familiarized myself with the applicable laws, I understand that I have already received, and may be the future recipient of information and documents, that pertain to the national security of the United States, and which are the property of the United States, and that such documents and information, together with the methods of collecting such information, are classified according to security standards set by the United States government.

2. I agree that I shall never divulge, publish or reveal, either by word, conduct or any other means, such classified information and documents unless specifically authorized to do so in writing by an authorized representative of the United States government, or as required by the Classified Information Procedures Act, or as otherwise ordered by this Court.

3. I understand that this agreement will remain binding upon me after the conclusion of trial in <u>United States v. John Kiriakou</u>, Criminal No. 1:12MJ33, and any subsequent related proceedings including the appellate process.

4. I have received, read and understand the Protective Order entered by the United States District Court for the Eastern District of Virginia in the above-styled case, and I agree to comply with the provisions contained therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Jesse I. Winograd
Counsel for Defendant John Kiriakou


Date: May 2, 2012

_____
Sarah Elizabeth Greene
Witness Name

_____
Witness Signature

**Certificate of Service**

I hereby certify that on this 9th day of May, 2012, I electronically filed the foregoing Memorandum of Understanding with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Lisa L. Owings
>Lisa.owings@usdoj.gov
>Assistant United States Attorney
>Office of the United States Attorney
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>
>Ryan P. Fayhee
>ryan.fayhee@usdoj.gov
>U.S. Department of Justice
>Trial Attorney
>Counterespionage Section
>600 E Street, N.W.
>Washington, D.C. 20004

>/s/ Jesse I. Winograd
>_____
>Jesse I. Winograd
>(Va. Bar No. 79778)
>jwinograd@troutcacheris.com
>Attorney for John Kiriakou
>TROUT CACHERIS, PLLC
>1350 Connecticut Ave, N.W., Suite 300
>Washington, D.C. 20036
>Phone: (202) 464-3300
>Fax: (202) 464-3319