IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA      )
                              )
     v.                       )      1:12cr127 (LMB)
                              )
JOHN KIRIAKOU                 )
                              )
          Defendant.          )

## ORDER

For the reasons stated in the accompanying Memorandum

Opinion, it is hereby

ORDERED that defendant's Motion to Dismiss Counts 1, 2, 3

and 4 of the Indictment for Vagueness and Overbreadth [Dkt. No.

41] be and is DENIED.

The Clerk is directed to forward this Order and the

Memorandum Opinion to counsel of record.

Entered this 8th day of August, 2012.

Alexandria, Virginia

                                   /s/
                         _____
                         Leonie M. Brinkema
                         United States District Judge