IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

OCT - 1 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA        )
                                )
                                )
          v.                    )
                                )        1:12cr127 (LMB)
                                )
JOHN KIRIAKOU,                  )
                                )
          Defendant.            )

ORDER

In the Revised Protective Order issued on September 21, 2012 [Dkt. No. 21], the Court ordered the government to explain why it chose to redact the particular paragraphs indicated in grayscale in Attachment B of its Motion for a Protective Order Pursuant to Rule 16 and Section 4 of CIPA [Dkt. No. 64]. On September 28, 2012, the government filed that explanation as a Supplemental Memorandum Regarding CIPA Section 4 Filing [Dkt. No. 77], ex parte and under seal with the Classified Information Security Officer. For the reasons stated in the government's motion and supplemental memorandum, as supported by the declarations of the Central Intelligence Agency ("CIA") and the Department of Defense ("DOD"), and as stated from the bench during a sealed hearing held on the record, it is hereby

ORDERED that the United States may delete from discovery the information set forth in its Motion for a Protective Order

Pursuant to Rule 16 and Section 4 of CIPA [Dkt. No. 64], as indicated in grayscale in Attachment B.

The Clerk is directed to forward copies of this Order to counsel of record and to the Classified Information Security Officer.

Entered this ___1st___ day of October, 2012.

Alexandria, Virginia

_____/s/_____
Leonie M. Brinkema
United States District Judge

2