# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: __10/23/12__    Judge: __Brinkema__    Reporter: __A. Thomson__
Time: __10:57am__ - __11:26am__    Interpreter:_____
Language: _____
 Probation Email: _x_
Jury Email: _x_

---

# UNITED STATES OF AMERICA

v.

__JOHN KIRIAKOU__    __1:12CR127__
Defendant's Name    Case Number

__R.Trout, J.Winograd,__    __M.Schneider,W.Hammerstrom,__
**Counsel for Defendant:**    R.Fayhee, I. Lan
    **Counsel for Government**

**Matter called for:**
[ ] Arraignment    [ ] Pre-Indictment Plea    [**X**] Change of Plea    [ ] Motions
[ ] Sentencing    [ ] Revocation Hearing    [ ] Rule 35    [ ] Appeal (USMC)
[ ] Other _____

Deft appeared:  [**X**] in person  [ ] failed to appear  [**X**] with Counsel  [ ] without Counsel  [ ] through Counsel
**Filed in open court:**
[ ] Information  [**X**] Plea Agreement  [**X**] Statement of Facts  [ ] Waiver of Indictment  [ ] Discovery Order

---

**Arraignment & Plea:**
[ ] WFA    [ ] FA    [**X**] PG    [ ] PNG    **Trial by Jury:** [ ] Demanded    [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[**X**] Deft entered Plea of Guilty as to Count(s) __1__ of the **Indictment**
[**X**] Plea accepted, **Guilty Count(s)** __1__
[**X**] Motion for Dismissal of Count(s) __2,3,4,5__ by [**X**] US [ ] Deft
[**X**] Order entered in open court    [ ] Order to follow
[**X**] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[**X**] Case continued to: __01/25/13__ at __9:00am__ for:
[ ] Jury Trial    [ ] Bench Trial    [**X**] Sentencing    [ ] Status
**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days

---

**Bond Set at**: $ _____ [ ] Unsecured [ ] Surety [ ] Personal Recognizance
[ ] Release Order Entered    [ ] Deft Remanded    [ ] Deft Released on Bond    [**X**] Deft Continued on Bond

**Deft is:** [ ] In Custody  [ ] Summons Issued  [**X**] On Bond  [ ] Warrant Issued  [ ] 1st appearance