IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12cr127 (LMB) |
| | ) | |
| JOHN C. KIRIAKOU, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon motion of the United States of America, pursuant to a plea agreement between defendant John C. Kiriakou and the government, in which the defendant appeared before the Court on October 23, 2012 and entered a plea of guilty to Count One of the indictment, it is hereby

ORDERED that Counts Two, Three, Four and Five of the indictment are hereby dismissed.

/s/

Leonie M. Brinkema
United States District Judge

Date: October 23, 2012
Alexandria, Virginia

WE ASK FOR THIS:

Neil MacBride
United States Attorney

Mark E. Schneider / Iris Lan / Ryan P. Fayhee
Special Attorneys to the Attorney General

By: W. Neil Hammerstrom, Jr.
Assistant United States Attorney