IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | UNDER SEAL |
| | ) | |
| v. | ) | Case No. 1:12cr127 (LMB) |
| | ) | |
| JOHN C. KIRIAKOU | ) | |
| | ) | |
| Defendant. | ) | |

**(U) GOVERNMENT'S FILING OF VICTIM IMPACT LETTER
TO THE COURT FROM COVERT OFFICER A**