# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12-cr-00127-LMB |
| | ) | |
| **JOHN KIRIAKOU,** | ) | Filed In Camera and Under Seal |
| | ) | with the Classified Information |
| Defendant. | ) | Security Officer |

## DEFENDANT'S NOTICE OF FILING

John Kiriakou, by and through his undersigned counsel, hereby provides notice of filing his Memorandum In Aid of Sentencing.

Respectfully submitted,

| | |
|---|---|
| /s/ Plato Cacheris | /s/ Robert P. Trout |
| _____ | _____ |
| Plato Cacheris | Robert P. Trout |
| (Va. Bar No. 04603) | (Va. Bar No. 13642) |
| pcacheris@troutcacheris.com | rtrout@troutcacheris.com |
| Attorney for John Kiriakou | Attorney for John Kiriakou |
| TROUT CACHERIS, PLLC | TROUT CACHERIS, PLLC |
| 1350 Connecticut Avenue, N.W., Suite 300 | 1350 Connecticut Avenue, N.W., Suite 300 |
| Washington, D.C. 20036 | Washington, D.C. 20036 |
| Phone: (202) 464-3300 | Phone: (202) 464-3300 |
| Fax: (202) 464-3319 | Fax: (202) 464-3319 |
| | |
| /s/ John F. Hundley | /s/ Jesse I. Winograd |
| _____ | _____ |
| John Francis Hundley | Jesse I. Winograd |
| (Va. Bar No. 36166) | (Va. Bar No. 79778) |
| jhundley@troutcacheris.com | jwinograd@troutcacheris.com |
| Attorney for John Kiriakou | Attorney for John Kiriakou |
| TROUT CACHERIS, PLLC | TROUT CACHERIS, PLLC |
| 1350 Connecticut Avenue, N.W., Suite 300 | 1350 Connecticut Avenue, N.W., Suite 300 |
| Washington, D.C. 20036 | Washington, D.C. 20036 |
| Phone: (202) 464-3300 | Phone: (202) 464-3300 |
| Fax: (202) 464-3319 | Fax: (202) 464-3319 |
| | |
| | /s/ Mark J. MacDougall |
| | _____ |
| | Mark J. MacDougall |
| | (Admitted *Pro Hac Vice*) |
| | mmacdougall@akingump.com |
| | Attorney for John Kiriakou |
| | AKIN GUMP STRAUSS |
| |     HAUER & FELD, LLP |
| | 1333 New Hampshire Avenue, N.W. |
| | Washington, D.C. 20036 |
| | Phone: (202) 887-4510 |
| | Fax: (202) 887-4288 |

**Certificate of Service**

    I hereby certify that on this 18th day of January, 2013, I electronically filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Lisa L. Owings<br>Lisa.owings@usdoj.gov<br>Assistant United States Attorney<br>Office of the United States Attorney<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314 | Iris Lan<br>Iris.lan@usdoj.gov<br>Assistant United States Attorney<br>Office of the United States Attorney<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314 |
| Ryan P. Fayhee<br>Ryan.fayhee@usdoj.gov<br>U.S. Department of Justice<br>Trial Attorney<br>Counterespionage Section<br>600 E Street, N.W.<br>Washington, D.C. 20004 | Mark E. Schneider<br>Mark.schneider@usdoj.gov<br>Assistant United States Attorney<br>Office of the United States Attorney<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314 |
| W. Neil Hammerstrom, Jr.<br>Neil.hammerstrom@usdoj.gov<br>Assistant United States Attorney<br>Office of the United States Attorney<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314 | |

    /s/ Robert P. Trout
_____
Robert P. Trout
(Va. Bar No. 13642)
rtrout@troutcacheris.com
Attorney for John Kiriakou
TROUT CACHERIS, PLLC
1350 Connecticut Avenue, N.W., Suite 300
Washington, D.C. 20036
Phone: (202) 464-3300
Fax:  (202) 464-3319

3